# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **BRUCE YACYSHYN,** | ) | **CASE NO.  1:04CV2091** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Judge John M. Manos** |
| | ) | |
| **ANTHONY J. PRINCIPI, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | **ORDER** |

Pursuant to the Memorandum of Opinion issued in the above-captioned case this date, Defendants Anthony J. Principi and the Louis Stokes Veterans Affairs Medical Center's Motion to Dismiss (Docket No. 15) is **GRANTED.**  Count II does not state a claim upon which relief can be granted and is dismissed with prejudice.  Counts I and III are dismissed for lack of subject matter jurisdiction.  The case is dismissed as to Defendants Anthony J. Principi and the Louis Stokes Veterans Affairs Medical Center.  Each party to bear its own costs.

**IT IS SO ORDERED.**

**Date: June 7, 2005**        */s/ John M. Manos*
                              **UNITED STATES DISTRICT JUDGE**