IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DR. BRUCE YACYSHYN, M.D. ) | CASE NO. 1:04CV2091 |
| ) | |
| Plaintiff, ) | JUDGE JOHN A. MANOS |
| ) | |
| v. ) | MAG. JUDGE McHARGH |
| ) | |
| ANTHONY J. PRINCIPI, et al., ) | |
| ) | **NOTICE OF DISMISSAL** |
| Defendants. ) | **WITHOUT PREJUDICE** |
| ) | |

Plaintiff Bruce Yacyshyn, M.D. previously dismissed with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, all claims asserted or which could have been asserted against Defendants University Hospitals of Cleveland and University Physicians, Inc. Plaintiff now dismisses without prejudice all remaining claims in this litigation, against Defendants Anthony J. Principi and Louis Stokes Veterans Affairs Medical Center, pursuant to Rule 41(a)(1)(i), as neither such Defendant has filed an Answer to the Amended Complaint nor a Motion for Summary Judgment.

Respectfully submitted,

/s/ Michael J. Jordan
Michael J. Jordan (#0026873)
email: mjordan@walterhav.com
John E. Schiller (0024677)
WALTER & HAVERFIELD LLP
1301 East Ninth Street, Suite 3500
Cleveland, Ohio 44114-1821
(216) 781-1212
(216) 575-0911 (facsimile)
Attorneys for Plaintiff

469625-1

## CERTIFICATE OF SERVICE

  This notifies the parties that a true and accurate copy of the foregoing *Notice of Dismissal Without Prejudice* was served by ordinary U.S. Mail upon the following on this 20th day of April, 2006, and was also electronically filed on this same date:

William J. Kopp
Assistant U.S. Attorney
United States Court House
801 W. Superior Avenue, Suite 400
Cleveland, OH  44113

Attorneys for Anthony J. Principi
And Louis Stokes Veterans Affairs
Medical Center

           /s/ Michael J. Jordan

469625-1